NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

### DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

JOSE GENARO SALAZAR, *Petitioner*.

No. 1 CA-CR 16-0394 PRPC
FILED 10-5-2017

---

Petition for Review from the Superior Court in Maricopa County
No. CR2000-010424
The Honorable Teresa A. Sanders, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane M. Meloche
*Counsel for Respondent*

Jose Genaro Salazar, Kingman
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Lawrence F. Winthrop, Judge Diane M. Johnsen, and
Judge Maria Elena Cruz delivered the following decision.

---

**PER CURIAM:**

**¶1**　　　　Petitioner Jose Genaro Salazar seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's third successive petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:　AA